UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TENARIS S.A. and TALTA-TRADING E MARKETING SOCIEDADE UNIPESSOAL LDA,**<br><br>   Petitioners,<br><br>   v.<br><br>**BOLIVARIAN REPUBLIC OF VENEZUELA**,<br><br>   Respondent. | Case No. 18-cv-1371 (CRC) |

## ORDER AND JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Judgment is entered in favor of Petitioners Tenaris S.A. and Talta-Trading e Marketing Sociedade Unipessoal LDA against Bolivarian Republic of Venezuela in the amount of $256,375,009.12 USD. It is further

**ORDERED** that post-judgment interest shall begin to accrue from the date of this judgment pursuant to 28 U.S.C. § 1961.

This is a final appealable Order.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: July 17, 2020



ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
ANGELA D. CAESAR, CLERK