| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-mc-01679 |
|---|---|---|---|

| TALTA-TRADING E MARKETING SOCIEDADE UNIPESSOAL LDA et al. |
|---|
| *versus* |
| BOLIVARIAN REPUBLIC OF VENEZUELA |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael J. Baratz<br>Steptoe LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>(202) 429-3000 / mbaratz@steptoe.com<br>District of Columbia No. 480607<br>D.C. District Court No. 480607 |
|---|---|

| Name of party applicant seeks to appear for: | Gramercy Distressed Opportunity Fund, LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10/25/2024 | Signed: /s/ Michael J. Baratz |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:          Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____          _____
                                                            United States District Judge